UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CHRISTIAN,

        Plaintiff,

v.

ENHANCED RECOVERY
COMPANY, LLC,

        Defendant.
_____/

Case No. 1:12-cv-393

HON. ROBERT J. JONKER

**Notice of Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff files this Notice of Dismissal, with prejudice, with Defendant having served neither an answer nor a motion for summary judgment.

Dated: May 30, 2012

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com